IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SAMUEL P. CARR                                                    PLAINTIFF
#46182

v.                          No. 3:24-cv-164-DPM

J. MARK WELDON, Police Chief, Osceola
Police Dept.                                                      DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Carr hasn't updated his address; and his mail is still being returned undelivered. *Doc. 5 & 6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 January 2025