IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SAMUEL P. CARR                                                        PLAINTIFF
#46182

v.                              No. 3:24-cv-164-DPM

J. MARK WELDON, Police Chief, Osceola
Police Dept.                                                          DEFENDANTS

## JUDGMENT

Carr's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2025